UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKLILUTA GIRMU,                                   )<br>                                                                )<br>                    Plaintiff,            )<br>                                                                )<br>           v.                                               )<br>                                                                )<br>NORTHWEST BASEBALL UMPIRES,      )<br>ASSOCIATION                                         )<br>                                                                )<br>                    Defendant.        )<br>_____) | CASE NO.  C05-1798-MJB<br><br>ORDER |

Plaintiff's application to proceed *in forma pauperis* is GRANTED.  Plaintiff does not appear to have funds available to afford the $250.00 filing fee.  Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefor.

The Clerk is directed to send a copy of this Order to plaintiff, and to issue summonses to plaintiff to enable proper service of the complaint on the appropriate parties.  **Plaintiff shall note that it is his and/or his attorney's responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

DATED this 1st day of November, 2005.

_____
MONICA J. BENTON
United States Magistrate Judge

ORDER - 1