UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKLILUTA GIRMU, | ) |
| Plaintiff, | ) CASE NO. C05-1798-MJB |
| v. | ) ORDER |
| NORTHWEST BASEBALL UMPIRES, ASSOCIATION | ) |
| Defendant. | ) |

Plaintiff's application to proceed *in forma pauperis* is GRANTED. Plaintiff does not appear to have funds available to afford the $250.00 filing fee. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefor.

The Clerk is directed to send a copy of this Order to plaintiff, and to issue summonses to plaintiff to enable proper service of the complaint on the appropriate parties. **Plaintiff shall note that it is his and/or his attorney's responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

DATED this 1st day of November, 2005.

MONICA J. BENTON
United States Magistrate Judge

ORDER - 1