UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AKLILUTA GIRMU, ) | |
| ) | |
| Plaintiff, ) | CASE NO. C05-1798-MJB |
| ) | |
| v. ) | |
| ) | ORDER |
| NORTHWEST BASEBALL UMPIRES ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

On October 27, 2005, Plaintiff lodged a *pro se* employment discrimination complaint in this Court pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*. Plaintiff alleges that Defendant failed to employ him as an umpire because of his national origin, which is East African. Plaintiff alleges that he was called and told "I was not going to be given a job because English is my second language." Dkt. # 6. Plaintiff has been granted leave to proceed *in forma pauperis*. This matter is currently before the Court on Plaintiff's Application for Court Appointed Counsel. Dkt. #2.

Having reviewed Plaintiff's motion, and the record in its entirety, the Court finds and ORDERS:

(1) Plaintiff's case is referred to the Screening Committee of this Court's *pro bono* panel. The Committee shall review the case and make its recommendation to the Court, in accordance with the plan and rules for the *pro bono* panel.

ORDER - 1

    (2)    Plaintiff's motion for appointment of counsel (Dkt. #2) shall be RE-NOTED for consideration on December 16, 2005, to allow the *pro bono* panel time to make its recommendation.

DATED this 4th day of November, 2005.

_____
MONICA J. BENTON
United States Magistrate Judge

ORDER - 2